January 24, 2013



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

ANDREA FITZGERALD, Appellant

NO. 14-12-00086-CV                 V.

MATTHEW B. FITZGERALD, Appellee

_____

This cause, an appeal from the order signed January 6, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in dismissing Andrea Fitzgerald's motion for enforcement of possession or access. We therefore order the portion of the order dismissing the motion for enforcement or access **REVERSED** and **VACATED**. We order the remainder of the order **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellee, Matthew B. Fitzgerald.

We further order this decision certified below for observance.